```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

F.S., ET AL.,

               Plaintiffs,

   - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

               Defendants.

22-cv-8129 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 3, 2023.

SO ORDERED.

Dated:   New York, New York
          December 9, 2022

                                     John G. Koeltl
                             United States District Judge