

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AARON WIENER, ESQ.**
*Assistant Corporation Counsel*
*Phone: (212) 356-4362*
*Fax: (212) 356-1148*
*Email: awiener@law.nyc.gov*

February 2, 2023

**BY ECF**
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *F.S. v. New York City Dep't of Educ., et al.*
                22-cv-8129-JGK

Dear Judge Rearden:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for the Defendants in the above-referenced case. I write jointly with counsel for Plaintiff to respectfully request that the parties' deadline to submit a joint letter updating the Court on the status of the case, as ordered in Your Honor's January 19, 2023 Notice of Reassignment (ECF No. 11), be extended from today to Monday, February 6, 2023. The parties have met and conferred over the phone to discuss drafts of the joint letter, and are currently making further revisions. However, the parties require more time before they can submit a letter for the Court's consideration. The parties apologize to the Court for this late submission and any inconvenience to the Court.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Aaron Wiener

Aaron Wiener, Esq.
Assistant Corporation Counsel

cc:    Counsel of record (by ECF)