THE LAW OFFICE

ELISA H

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2023

> Plaintiffs' request on consent (ECF No. 19) to adjourn the February 22, 2023 initial pretrial conference and extend the deadline to submit a proposed Case Management Plan ("CMP") and joint letter per the Court's February 10, 2023 Order (ECF No. 18), is GRANTED. The conference is rescheduled for March 7, 2023 at 11:30 A.M., and will be held via Microsoft Teams. Counsel shall refer to ECF No. 18 for dial-in information. Counsel shall submit the joint letter and CMP a week prior to the conference.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> February 15, 2023

February 14, 2023

*VIA ECF*
Honorable Jennifer H. Rearden, U.S.D.J.
United States District Court - Southern District of New York
500 Pearl St., Courtroom 12B
New York, New York 10007

    Re:    *F.S. et al. v. N.Y.C. Dep't of Educ., et al.*, 22-cv-8129 (JHR)

Dear Judge Rearden:

    I represent the Plaintiffs in the above-referenced case and write jointly on behalf of both parties to respectfully request a sixty-day adjournment of the initial conference currently scheduled for February 22, 2023, and a corresponding extension of time to submit a proposed Case Management Plan ("CMP"), currently due February 15, 2022. ECF No. 18.

    Defendants answered the complaint on December 8, 2022. ECF No. 9. The case was transferred to Your Honor on January 19, 2023. ECF No. 11. The parties submitted a joint letter concerning the case pursuant to Your Honor's Order on February 6, 2023. ECF Nos. 11, 16. As indicated in the joint letter, the parties believe they have resolved an emergency interim issue concerning implementation of a prior administrative hearing order (ECF No. 16), subject to the parties' ability to execute an interim stipulation, or otherwise reach an agreement that will make the stipulation unnecessary, which we anticipate will happen this week.

    Alternatively, if the Court is not inclined to grant the 60-day extension, Plaintiffs' counsel is nevertheless requesting an adjournment of the February 22, 2023 conference date, as I am out of the office the week of February 20, 2023 because I will be recovering from a surgery that will impact my vision that week. Erin O'Connor, who is Of Counsel to my firm and works with me on

our federal docket, will be out of the country that week. If the Court adjourns for Plaintiff counsel's unavailability, but not for the jointly requested 60-day period, Plaintiffs' counsel requests that the conference be adjourned until after March 3, 2023, because Ms. O'Connor and I would like to be back in the office on the date that the CMP is due.

Accordingly, the parties respectfully request that the initial conference and corresponding CMP be adjourned for sixty days for a time on or after April 24, 2023, at the Court's convenience or, in the alternative, an adjournment until after March 3, 2023, due to the above.  This is the parties' first request for an adjournment of the initial conference and extension of time to submit a proposed case management plan.  No other deadlines would be affected if the Court grants the parties' request for adjournment and extension of time.

Thank you for Your Honor's consideration of this request.

Respectfully Submitted,<br>
THE LAW OFFICE OF ELISA HYMAN, P.C.

/s/
By: _____

Elisa Hyman, Esq.,<br>
*Counsel for Plaintiffs*

cc: All Counsel of Record via ECF